**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-24419-CIV-WILLIAMS**

MSP RECOVERY CLAIMS, SERIES LLC,
and MSPA CLAIMS 1, LLC,

    Plaintiffs,

vs.

HORACE MANN INSURANCE COMPANY, and
HORACE MANN PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice. (DE 36). Having carefully reviewed the Stipulation and the Parties' sealed Settlement Agreement (DE 39), it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**.

2. The confidentiality/HIPAA order previously entered by the court (DE 35) remains in full force and effect until the settlement process in this matter is completed.

3. The Court retains jurisdiction solely for the purpose of enforcing the Parties' Settlement Agreement (DE 39).

4. All pending motions are **DENIED AS MOOT**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>9th</u> day of July, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE